Glenn R. Kantor, SBN 122643
 gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Patricia Hopkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HOPKINS,<br><br>           Plaintiff,<br><br>     vs.<br><br>EQUITABLE FINANCIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>           Defendants. | CASE NO:  2:25-cv-00706-JAM-SCR<br><br>STIPULATON FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE Rule 41(a)(1)(A)(ii)<br><br>Honorable John A. Mendez |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Patricia Hopkins and Defendant Equitable Financial Life Insurance Company of America, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned civil action in its entirety.  This dismissal is without prejudice and with each party bearing her or its own attorneys' fees and costs.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this stipulation of dismissal is signed on behalf of all parties who have appeared in this action.

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

**IT IS SO STIPULATED.**

Dated:  February 17, 2026           KANTOR & KANTOR, LLP

By:    */s/ Glenn R. Kantor*
       Glenn R. Kantor
       Attorneys for Plaintiff,
       PATRICIA HOPKINS

Dated:  February 17, 2026           FAEGRE DRINKER BIDDLE & REATH LLP

By:    */s/  Susan Y. Ly*
       Susan Y. Ly
       Attorneys for Defendant,
       EQUITABLE FINANCIAL LIFE
       INSURANCE SOMPANY OF
       AMERICA

### Signature Attestation

Pursuant to Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.

*/s/ Glenn R. Kantor*

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA HOPKINS,

Plaintiff,

vs.

EQUITABLE FINANCIAL LIFE INSURANCE COMPANY OF AMERICA,

Defendants.

CASE NO:  2:25-cv-00706-JAM-SCR

**ORDER ON STIPULATON FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE Rule 41(a)(1)(A)(ii)**

Honorable John A. Mendez

Pursuant to the Stipulation for Dismissal without Prejudice submitted by the parties to this action, and after consideration, and finding good cause therefor,

IT IS HEREBY ORDERED that this matter is **DISMISSED without prejudice** in its entirety and each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)